# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PHIL HUDGINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-13-664-M ) |
| CAROLYN W COLVIN,<br>Commissioner, Social Security<br>Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

On May 8, 2014, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's applications for disability insurance benefits and supplemental security income under the Social Security Act. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by May 28, 2014. A review of the file reveals no objection has been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 15] issued by the Magistrate Judge on May 8, 2014, and

(2) AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 3rd day of June, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE